Lawrence I. Weinstein (*pro hac vice*)
(lweinstein@proskauer.com)
Brendan J. O'Rourke (*pro hac vice*)
(borourke@proskauer.com)
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
Telephone:   (212) 969-3000
Facsimile:    (212) 969-2900

Robert H. Horn (SBN 134710)
(rhorn@proskauer.com)
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Telephone:   (310) 557-2900
Facsimile:    (310) 557-2193

Attorneys for Plaintiff and Counterdefendant
Dyson, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DYSON, INC.,<br><br>  Plaintiff,<br><br>   v.<br><br>GARRY VACUUM, LLC and ENVION, LLC,<br><br>  Defendants. | CASE NO. CV 10-1626 MMM (VBKx)<br><br>**DEFENDANT DYSON, INC.'S OBJECTIONS TO DEFENDANTS' SUPPLEMENTAL MEMORANDUM AND THE SUPPLEMENTAL DECLARATION OF MARY ANN L. WYMORE FILED IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL DISCOVERY**<br><br>Date:  January 18, 2011<br>Time:  10:00 a.m.<br>Ctrm:  934H<br><br>Hon. Victor B. Kenton<br><br>Discovery Cut-off:  January. 21, 2011<br>Pretrial Conference:  April 25, 2011<br>Trial:  May 24, 2011 |

On January 4, 2011, defendants Garry Vacuum, LLC and Envion, LLC filed (1) a Supplemental Memorandum in Support of Motion of Garry Vacuum, LLC and Envion, LLC to Compel Further Discovery from Plaintiff Dyson, Inc., and (2) a Supplemental Declaration of Mary Ann L. Wymore in Support of Motion of Garry Vacuum, LLC and Envion, LLC to Compel Further Discovery from Plaintiff Dyson, Inc.  The Wymore declaration attempts to introduce seven new exhibits that were not included in the Joint Stipulation.  Although Local Rule 37-2.3 permits a party to file a "supplemental memorandum of law," it does not allow a party to submit new evidence and new argument based on such evidence.

Accordingly, Dyson, Inc. objects to the supplemental Wymore declaration in its entirety and those portions of the supplemental memorandum (page 2, line 19 through page 3, line 3, and page 4, lines 1-20) that discuss the new evidence. Dyson requests that the Court strike the declaration and the corresponding portions of the supplement memorandum and not consider them in connection with defendants' motion to compel.

Dated: January 4, 2010

Lawrence I. Weinstein
Brendan J. O'Rourke
Robert H. Horn
PROSKAUER ROSE LLP

By: _____/s/ Robert H. Horn_____
            Robert H. Horn

Attorneys for Plaintiff/Counterdefendant
Dyson, Inc.