UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV10-01626 MMM (VBKx) |
| Date | January 6, 2011 |
| Title | *Dyson, Inc. v. Garry Vacuum, LLC et al.* |

Present: The Honorable **MARGARET M. MORROW**

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Lawrence I. Weinstein<br>Robert H. Horn | Mary Ann L. Wymore |

**Proceedings:**     **Telephone Status Conference**

    Telephone status conference is held and counsel are present. The parties and the court discuss the parties' discovery and progress of settlement discussions. The court informs the parties that it will not modify the case management order at this time, but may entertain an appropriate application following defendants' filing of amended counterclaims.