UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-01626-MMM (VBKx) | Date | January 10, 2011 |
|---|---|---|---|
| Title | Dyson, Inc. v. Garry Vacuum, LLC, et al. | | |

| Present: The Honorable | Victor B. Kenton, United States Magistrate Judge | |
|---|---|---|
| Roxanne Horan | | CS 1-7-11 |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Robert Horn<br>Lawrence I. Weinstein | Mary Ann Wymore |

**Proceedings:**   **TELEPHONE CONFERENCE REGARDING DEFENDANT'S MOTION TO COMPEL**

On January 7, 2011, the Court held an extensive telephone conference with counsel concerning the Motion to Compel Discovery filed by Defendant Garry Vacuum LLC ("Garry"), now set for hearing on January 18, 2011. After discussion with counsel concerning the pending issues, the Court determined that, based upon guidance it provided during the telephone conference, it would be prudent for counsel to further meet and confer in an attempt to narrow the issues presented in the present Motion. Therefore, the Court orders the present motion hearing **VACATED**. If, after the meet and confer process directed by the Court is concluded, there are remaining issues, counsel may file a motion with a new Joint Stipulation.

**IT IS SO ORDERED**.

cc:     District Judge Morrow

|  | 1 | : | 15 |
|---|---|---|---|
|  | Initials of Preparer |  | RH |