1  Lawrence I. Weinstein (*pro hac vice*)
   (lweinstein@proskauer.com)
2  Brendan J. O'Rourke (*pro hac vice*)
   (borourke@proskauer.com)
3  PROSKAUER ROSE LLP
   1585 Broadway
4  New York, NY 10036-8299
   Telephone:   (212) 969-3000
5  Facsimile:   (212) 969-2900

6  Robert H. Horn (SBN 134710)
   (rhorn@proskauer.com)
7  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
8  Los Angeles, CA  90067-3206
   Telephone:   (310) 557-2900
9  Facsimile:   (310) 557-2193

10 Attorneys for Plaintiff
   Dyson, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DYSON, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GARRY VACUUM, LLC and ENVION, LLC,<br><br>　　　　　Defendants. | CASE NO. CV 10-1626 MMM (VBKx)<br><br>**STIPULATION TO AMEND SCHEDULING ORDER TO EXTEND TIME FOR PARTIES TO COMPLETE FACT DISCOVERY AND EXPERT DISCOVERY CUT-OFF DATES** |

Plaintiff Dyson, Inc. and defendants Garry Vacuum, LLC and Envion, LLC, through their respective counsel of record, stipulate as follows:

WHEREAS at the telephonic status conference on January 6, 2011 the Court inquired into whether the parties had engaged in settlement discussions and reminded the parties to contact the mediator;

WHEREAS pursuant to the January 4, 2011 order dismissing the amended counterclaims, defendants have until January 18, 2011 to file second amended counterclaims;

WHEREAS on January 10, 2011, Magistrate Judge Kenton found in regard to defendants' motion to compel discovery that it would be prudent for the parties to further meet and confer in an attempt to narrow the issues, ordered the motion hearing vacated, and if after the further meet and confer there are remaining issues, counsel may file a motion with a new Joint Stipulation

WHEREAS plaintiff intends to file a motion to compel on January 12, 2011, and Magistrate Judge Kenton indicated he would hear it on shortened notice, but directed the parties to further meet and confer on the issues to be raised in that motion;

WHEREAS the Scheduling Order filed on July 19, 2010 provides in part that the parties shall complete fact discovery by January 21, 2011;

WHEREAS the parties have noticed nine depositions to be taken in London, Chicago, Orlando, and Los Angeles for dates on or before the January 21, 2011 fact discovery cut-off;

WHEREAS the parties desire to apply their time and financial resources over the next few weeks to settlement discussions rather than lengthy travel and taking depositions;

WHEREAS the parties request that the Court consider this stipulation immediately because counsel for plaintiff is scheduled to travel from New York to Los Angeles on Tuesday morning, January 11, 2011, to take the first of the nine

depositions and desires to avoid the expense and inconvenience of travel that will not be necessary if the Court amends the Scheduling Order as stipulated herein;

THEREFORE, the Court should amend the Scheduling Order to extend the time (a) for Defendants to file Second Amended Counterclaims from January 18, 2011 to February 15, 2011; (b) for the parties to file and the Court to hear discovery motions from January 21, 2011 to February 18, 2011; and (c) for the parties to (i) complete fact discovery from January 21, 2011 to February 18, 2011, (ii) make initial expert disclosures from February 4, 2011 to March 4, 2011, (iii) make rebuttal expert disclosures from February 19, 2001 to March 18, 2011, and (iv) complete expert discovery from March 4, 2011 to March 28, 2011.

ALTERNATIVELY, the Court should amend the Scheduling Order to extend the time (a) for Defendants to file Second Amended Counterclaims from January 18, 2011 to February 8, 2011; (b) for the parties to file and the Court to hear discovery motions from January 21, 2011 to February 11, 2011; and (c) for the parties to (i) complete fact discovery from January 21, 2011 to February 11, 2011, (ii) make initial expert disclosures from February 4, 2011 to February 25, 2011, (iii) make rebuttal expert disclosures from February 19, 2001 to March 11, 2011, and (iv) complete expert discovery from March 4, 2011 to March 25, 2011.

Dated: January 10, 2011

Lawrence I. Weinstein  
Brendan J. O'Rourke  
Robert H. Horn  
PROSKAUER ROSE LLP

By: _____s/ Robert H. Horn_____  
　　　　　　Robert H. Horn

Attorneys for Plaintiff  
Dyson, Inc.

| | |
|---|---|
| Dated: January 10, 2011 | Mary Ann L. Wymore<br>GREENSFELDER HEMKER & GALE PC<br><br>By: _____s/ Mary Ann L. Wymore_____<br>      Mary Ann L. Wymore<br><br>Attorneys for Defendants<br>Garry Vacuum, LLC and Envion, LLC |